UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:05-cr-00040-SEB-TAB |
| ) | |
| RYAN STARLING (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra M. Lynch's Report and Recommendation that Ryan Starling's supervised release be modified, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders Defendant's supervised released be modified to include residing at the Residential Reentry Center for a period of up to 180 days, and participation in the Moral Reconation Therapy (MRT), with all other terms of supervised release to remain in effect. Mr. Starling shall report upon placement at the RRC at the direction of the probation officer. Mr. Starling is released and must follow the terms of supervised release pending placement.

**SO ORDERED.**

Dated: 6/5/2017

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service